**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar #6228
MADISON M. AGUIRRE, ESQ.
Nevada Bar #16183
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorney for Defendant*
*Walmart Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARY MARVIN, an Individual ;<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., a foreign corporation; YET TO BE IDENTIED EMPLOYEE, an Individual ; DOES I through X and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | Case No.: 2:22-cv-01409-GMN-BNW<br><br>**PROPOSED STIPULATION AND ORDER TO DISMISS LITIGATION WITH PREJUDICE** |

COME NOW Plaintiff, MARY MARVIN ("Plaintiff") by and through her counsel of record, the law firm of The Galliher Law Firm, and Defendant, WALMART, INC. ("Defendant") by and through their counsel of record, the law firm of Alverson Taylor & Sanders, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby request that the Court dismiss this action with prejudice. There are no counterclaims, crossclaims, or third-party claims pending in this civil action.

. . .

. . .

KB/27939

The Parties agree that should the Court approve this stipulation and dismiss this action, each side will bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 23 day of May, 2023.          DATED this 14th day of June, 2023.

**THE GALLIHER LAW FIRM**               **ALVERSON TAYLOR & SANDERS**

_____          _____
KEITH E. GALLIHER, JR., ESQ.             KURT R. BONDS, ESQ.
GEORGE J. KUNZ, ESQ.                     MADISON M. AGUIRRE, ESQ.
1850 East Sahara Avenue, Suite 107       6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89104                  Las Vegas, Nevada 89149
*Attorneys for Plaintiff*                *Attorneys for Defendant*

**ORDER**

The Court having reviewed the Stipulation to Dismiss Litigation with Prejudice, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the Stipulation is **approved**. All remaining claims in this civil action are dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED this 15 day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully Submitted by:*

ALVERSON TAYLOR & SANDERS

_____
KURT R. BONDS, ESQ.
MADISON M. AGUIRRE, ESQ.
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
*Attorneys for Defendants*

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000